# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146445 & (45)

ARTHUR HILL, JR.,
      Plaintiff-Appellant,

v

CITIZENS INSURANCE COMPANY
OF AMERICA,
      Defendant-Appellee.

_____

SC:    146445
CoA:  304700
Oakland CC: 10-111539-NF

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk